OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 Subdivision 1 of section 6-132 of the Election Law provides that a candidate must state his place of residence on the designating petition. Here, with respect to his place of residence, the appellant listed Scarsdale on sheets 1 through 11 and Greenburgh on sheets 12 through 15. In fact as the trial court found, the appellant resides within the Town of Green-burgh and not within the Town of Scarsdale, two separate nonoverlapping municipalities. There is no indication on the record before us that appellant ever resided in the Town of Scarsdale (cf.
 
 Matter of Ferris v Sadowski,
 
 45 NY2d 707. Thus the Appellate Division was correct in holding that sheets 1 through 11 were invalid.
 

 Chief Judge Breitel and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Cooke concur.
 

 
 *799
 
 Order affirmed, without costs, in a memorandum.